Case 1:26-cv-08923-VSB-GWG Document 13 Filed 10/17/26 Page 1 of 2

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBWAY INTERNATIONAL B.V., a Netherlands limited liability company,<br><br>Petitioner,<br><br>v.<br><br>OPERADORA ELMA SUBS S.A. DE C.V..; a Mexican corporation; ELUID FERNANDO ELIZONDO OCHOA, an individual.<br><br>Respondents. | CASE NO. 1:26-CV-08923<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Digna B. French, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

Applicant's Name: Digna B. French

Firm Name: Squire Patton Boggs (US) LLP

Address: 200 S Biscayne Blvd., Suite 3400

City/State/Zip: Miami, Florida 33131-5323

Telephone/Fax: +1 305 577 7000, +1 305 577 7001

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SUBWAY INTERNATIONAL B.V., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: October 14, 2026

UNITED STATES MAGISTRATE JUDGE