UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SUBWAY INTERNATIONAL B.V. :

: **ORDER**

Plaintiff, 26 Civ. 8923 (VSB) (GWG)

:

-v.-

:

OPERADORA ELMA SUBS S.A. DE C.V. et al., :

:

Defendants.

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

With regard to the application relating to service (Docket # 15), the Court is prepared to hear from defendants or from the defendants' attorneys on the issue as amicus curiae. Any such filings shall be made by November 25, 2026. If such a filing is made, plaintiff may respond 14 days later.

Plaintiff is directed to serve a copy of this Order on defendants by the tracked mail delivery method previously used and by the means proposed in their motion. When service is completed, plaintiffs shall file a certification of service.

SO ORDERED.

Dated: November 12, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge